■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDUL HAKIM, Appellant. [657 NYS2d 1018]—Appeal from a judgment of the County Court of Chemung County (Castellino, J.), rendered December 1, 1995, upon a verdict convicting defendant of the crime of promoting prison contraband in the first degree.

While an inmate at Elmira Correctional Facility in Chemung County, defendant was found with a razor blade hidden in his hair. Convicted of promoting prison contraband in the first degree following a jury trial and sentenced as a second felony offender to a prison term of 2 to 4 years, defendant appeals. Defendant contends that he was entitled to a *Batson* (*see, Batson v Kentucky*, 476 US 79) hearing and that the sentence imposed was harsh and excessive. We affirm.

Although defendant raised an objection to the all-white jury during sentencing, his posttrial objection failed to preserve this issue for appellate review (*see,* CPL 470.05 [2]; *see also, People v Nunez*, 229 AD2d 598). In any event, defendant failed to establish a prima facia case of discrimination (*see, People v Stephens*, 84 NY2d 990; *People v Smith*, 81 NY2d 875, 876).

Given that the sentence is within the statutory parameters and finding no extraordinary circumstances warranting a reduction, we decline to disturb the sentence imposed (*see, People v Richard*, 229 AD2d 787, 789, *lv denied* 89 NY2d 928). Defendant's remaining contentions are without merit.

Crew III, J. P., White, Peters, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed.